1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
2  Name: __Edwards__   __Jahmal__   __M__
3       (Last)              (First)           (Middle Initial)
4  Prisoner Number: __BL0220__

| FILED |
|---|
| Oct 28 2020 |
| SUSAN Y. SOONG |
| CLERK, U.S. DISTRICT COURT |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND |

5  Institutional Address: __San Quentin CA 94974__
6  __San Quentin State Prison__

**RECEIVED**
OCT 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA

10  __Jahmal M. Edwards__                    )
    (Enter your full name.)                  )
11                                           )
                       vs.                   )  Case No. 4:20-cv-07567-KAW
12  __San Quentin State Prison, (State of California)__  )  (Provided by the clerk upon filing)
13                                           )
    __Warden Ron Bloomfield and__             )  **COMPLAINT UNDER THE**
14                                           )  **CIVIL RIGHTS ACT,**
    __John Doe & Jane Doe__                   )  **42 U.S.C. § 1983**
15  (Enter the full name(s) of the defendant(s) in this action.)  )

17  **I. Exhaustion of Administrative Remedies.**

18  *Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

20  A.  Place of present confinement __San Quentin State Prison__
21  B.  Is there a grievance procedure in this institution?   YES ☒   NO ☐
22  C.  If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐
24  D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why. __Log # 000000029102  08/14/20 (Claim # 29046  Date: 8/11/20__
26      1. Informal appeal: __your Claim Concerning Covid-19; Accelerated Release is being rejected by Office of grievances, Do not resubmit this Claim__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: _____

_____

_____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒    NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why. Covid-19 — In need of ooch amediate action, And I sought Appeal procedures as far as possible. Also Through health care services SQ HC Tracking # 20000855 SQ HC and claim# 20001031

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Jahmal Edwards
San Quentin State Prison
San Quentin Ca 94974

B. For each defendant, provide full name, official position and place of employment.

Ron Bloomfield Acting Warden at San Quentin State Prison. State of California and John Doe and Jane Doe at San Quentin State Prison.

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The conditions of my confinement illegally exposed me to Covid 19. May 30th - Chino inmates were brought here infected with Covid-19 housed in Badger Section causing the spread through out entire section. This transfer was made during a no transfer order. This caused me and many inmates to contract the virus. May 30 - to June 21st there were cell moves through out the unit and to the Ac Build, and Carson, spreading the virus to uninfected inmates through out the Prison. I was moved from B250 to B225 by myself then inmate Bonner was moved in with Covid-19 symtoms. I then caught the virus on June 21st experiencing, shortness of breath, chest pain (exc). I ask for a test and was not provided one, There was no social distancing I was forced to cell up with Covid-19, when I asked for medical forms I did not recieve any, this caused harm and put my life at risk.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Im asking for money damages for injury and life threatning health issues, such as hepC liver damage which is a chronic disease. I have a heart murmur and my breathing is not stable, do to the exposure of Covid-19. Im asking for Release do to these health issues and possible risk of death. Im asking for 200,000+ for injury in this matter. AND Im Requesting Counsel on Indigency bases.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 9.23.20

Date

Jahmal Edwards

Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

IV    Statement of Claim Continued From 3 of 4

1. July 7th I tested possitive for covid-19 and was not
2. removed out of cell with inmate. During the time
3. of illness there were days that the nurses would
4. settle for my cell mate telling them I was
5. sleep instead of waking me up to make sure
6. I was ok and did not want my vitals checked.
7. They would take his word for it, that I
8. was sleep and they would move on to the next
9. inmate. Badger section allowed the phone to
10. be pasted with out sanitizing each use, along
11. with passing our fruit (watermelon) cell to cell
12. using the same hand to close each door to
13. also past our watermelon. By doing this
14. cause great harm and spread of covid-19
15. through out the unit. I'm currently
16. experiencing difficulty breathing and
17. periods of shortness of breath. This has
18. been continuous since June. SanQuentin
19. has inadequately prevented the spread of covid
20. and I'm not adequately protected from further
21. harm, injury or death, do to inadequate
22. sanitation of facility, and inadequate isolation
23. of symptomatic people. Today 8·28·20 is the second
24. day isolated. My cell mate left to mainline
25. 8·26·20. And I'm just now social distancing
26. since virus contraction June 21st 2020

Continue →

27 Im a 42 yr old man with chronic health
28 issues who was convicted for Arson 451(c) two
29 shirts burning. Damage probably no more than
30 $100. I have a appeal on this case pending.
31 Im Non Violent, And have support from family
32 to help me transition to Las Vegas. I Plan
33 To engage in meetings NA AA to address substance
34 issue while seeking gainful employment. I Plan
35 to transfer parole from Oakland CA To
36 Las Vegas NV 89081 ware my mother lives
37 and support her and start a new life out
38 there. Sobriety, School, employment are
39 my goals so that I can be a father
   To my daughter.

40 Im seeking money for injury do to inadequate
41 Covid-testing and sanitation precaution to protect
42 me from the spread of this deadly disease. Im
43 currently feel fearful and scared of being in the
44 care of San Quentin state Prison, Because of
45 inadequate inmate pertection. I still suffering
46 from effects of Covid-19. Continuous shortness
47 of breath, soar throat, muscle stiffness, And
48 difficulty completing small task with out loosing
49 oxygen. Now using inhaler to help me breath when
50 shortness of breath occurs. My life is at risk do
51 to chronic Liver disease, heart murmur, past exposure to mercca
   and indo carditus.

**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** EDWARDS, JAHMAL M.                **CDC#:** BL0220

**Date:** 08/14/2020

**Current Location:** SQ-Facility A                **Current Area/Bed:** A SB B2045001U

**From:** Office of Grievances at San Quentin State Prison

**Re:** Log # 000000029102

The California Department of Corrections and Rehabilitation Office of Grievances at San Quentin State Prison received your grievance on 08/13/2020. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Your claim concerning COVID-19;Accelerated Release is being rejected by Office of Grievances for the reason(s) indicated below:

- 

Your claim concerns an anticipated policy, decision, action, condition or omission by the Department or departmental staff, generally meaning the action has not happened yet. Once a decision or action has taken place and if you are still dissatisfied, you may file a new grievance.

Your claim reflects an anticipated action. upon review of your SOMS file, your claim #01, response along with grievance, was mailed on 8/14/20.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at San Quentin State Prison.

CDCR SOMS OGTT300
OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

## CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

Re: Grievance Claims Decision Response

**Offender Name:** EDWARDS, JAHMAL MARSHALLE  
**CDC#:** BL0220  
**Current Location:** SQ-Facility A

**Date:** 08/25/2020

**Current Area/Bed:** A  SB B2 - 045001U

**Log #:** 000000022311

**Claim #:** 001  
**Institution/Parole Region of Origin:** San Quentin State Prison  
**Facility/Parole District of Origin:** SQ-Facility A  
**Housing Area/Parole Unit of Origin:** A  SB D5  
**Category:** COVID-19              **Sub-Category:** Social Distancing

### I. CLAIM

COVID-19

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

#### B. DOCUMENTS CONSIDERED

April 1, 2020, CDCR issued a memorandum authored by Ralph M. Diaz and J. Clark Kelso CDCR 7362 California Code of Regulations (CCR), Title 15, Section 3084.1. Right to Appeal

### III. REASONING AND DECISION

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at SQSP received your grievance. Your correspondence relates specifically to CDCR's efforts to address the COVID-19 pandemic. CDCR understands the risks that the COVID-19 pandemic presents to CDCR inmates, staff, and volunteers. In light of these risks, CDCR has taken the following steps in an effort to protect the inmate population: mandatory health screening before entering CDCR facilities; additional deep cleaning efforts; increased supply of disinfectants, soap, hand sanitizer, and personal protective equipment; limitations and suspensions of inmate transfers and movement; quarantine protocols; cancelling visiting at CDCR facilities until further notice and many others. These decisions are not made lightly, and are taken with the safety of all who work in and live in our facilities in mind. CDCR and CCHCS will continue to actively monitor and assess institution operations to ensure all practical efforts to limit the threat of COVID-19 exposure amongst the inmate population are taken. On, wherein they declared that an emergency existed to justify the use of the Secretary's independent authority under California law. Under Government Code 8658, Secretary Diaz has the authority to direct the release of inmates who CDCR staff have determined do not present a risk of public safety, given these emergent circumstances. In your request that the California Department of Corrections and Rehabilitation compensate you is DENIED for the above stated reasons. If you need to request assistance with any mental health issue request a Health Care Services Request Form (CDCR 7362).

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation

Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Bishop [BIJA002] | CDW(A) | 08/24/2020 |

# Claim #: 002

**Institution/Parole Region of Origin:** San Quentin State Prison   **Facility/Parole District of Origin:** SQ-Facility A

**Housing Area/Parole Unit of Origin:** A  SB D5

**Category:** Offender Services   **Sub-Category:** CCHCS

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation Office of Grievances at SQ-Facility A received your claim. We determined that the claim fell within the jurisdiction of the California Correctional Health Care Services Division. The Health Care Grievance Coordinator will respond separately in accordance with their governing regulations. The Office of Grievances will not provide any further response to this claim.

**Decision: Redirected**

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
|  |  | 290410 |  |
| FOR STAFF USE ONLY |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, (CCR) Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): **Edwards Jahmal**   CDC Number: **BL0220**   Unit/Cell Number: **2B45**   Assignment:

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
**I Caught Covid-19 virus —**

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): **San Quentin is Responsible for me catching Covid-19 Because They transfered infected inmates from Chino State Prison To San Quentin.**

B. Action requested (If you need more space, use Section B of the CDCR 602-A): **That I recieve a payment for injury, cruel and unusal punishment, violation of eight amendment, release from custody do to the possibility of spreading virus.**

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: *Jahmal Edwards*   Date Submitted: **8-11-20**

☐ By placing my initials in this box, I waive my right to receive an interview.

INMATE APPEALS OFFICE  
CALIFORNIA STATE PRISON  
SAN QUENTIN, CA 94964  
AUG 1 3 2020  
STAFF USE ZONE

---

C. First Level - Staff Use Only   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date:_____ Date:_____ Date:_____ Date:_____
☐ Cancelled (See attached letter) Date:_____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

AC Use Only  
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____ Date Submitted: _____

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
            (Print Name)
Reviewer: _____ Title: _____ Signature: _____
          (Print Name)
Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

**F.** If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____ Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____ Date: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 29096 | Category |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Edwards Jahmal    CDC Number: B20220    Unit/Cell Number: 2B45    Assignment:

A. Continuation of CDCR 602, Section A only (Explain your issue): Do to this illness I've been experiencing shortness of breath and fatigue. I'm having mental issues regarding the care of this facility. I feel like this is a death sentence from San Quentin State Prison. I Have a chronic illness Hepititus C and a heart murmur. Im 42 yrs old with history of substance abuse. 20 yrs to be exact. Im at Risk of dieing due to Complications from Covid-19.

INMATE APPEALS OFFICE
CALIFORNIA STATE PRISON
SAN QUENTIN, CA 94964
AUG 1 3 2020

STAFF USE ONLY

Inmate/Parolee Signature: Jahmal Edwards    Date Submitted: 8·11·20

B. Continuation of CDCR 602, Section B only (Action requested):

Inmate/Parolee Signature:    Date Submitted:

