UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMAL M. EDWARDS,<br>  Plaintiff,<br>v.<br>SAN QUENTIN STATE PRISON, et al.,<br>  Defendants. | Case No. 20-07567 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2021, the Court dismissed the complaint with leave to amend within twenty-eight days of the court order. Dkt. No. 8. Plaintiff was advised that failure to file an amended complaint in the time provided would result in the dismissal of this action without prejudice and without further notice to Plaintiff. Id. at 8.

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice.

The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 5/5/2021

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.20\07567Edwards_dism.no-AC.docx